UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. EVERETT,<br><br>    Plaintiff,<br><br>    v.<br><br>PATTERSON,<br><br>    Defendants. | No. 2:18-cv-1947 DB P<br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By order dated March 21, 2019, plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 14.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Plaintiff failed to file an amended complaint and the court directed plaintiff to either dismiss this action or file an amended complaint within fourteen days. (ECF No. 17.) Thereafter plaintiff moved for and was granted a thirty-day extension of time in which to file an amended complaint. (ECF Nos. 18, 19.) Those thirty days have passed, and plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that that the Clerk of the Court shall randomly assign this action to a district judge.

1

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: August 19, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/bloc0253.dism